

District of Columbia
Public Schools

Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, DC 20002-4232

Phone: 202-442-5000
Fax: 202-442-5098
www.k12.dc.us

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES ACT

### ATTORNEY INFORMATION

| | |
|---|---|
| Law Firm: | Carolyn W. Houck |
| Attorney: | Carolyn W. Houck |
| Federal Tax ID Number: | 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 |
| DC Bar Number: | 459746 |

### STUDENT INFORMATION

| | |
|---|---|
| Name: | [redacted] |
| Date of Birth: | [redacted] |
| Date Hearing Request Filed: | 8/24/15 |
| Date(s) of Hearing: | 9/17/15 |
| Date of Determination (HOD/SA): | 10/1/15 |
| Parent/Guardian Name: | Valerie Jones |
| Parent/Guardian Address: | 1515 F. St. NE WDC |

### INVOICE INFORMATION

| | |
|---|---|
| Invoice Number: | |
| Date Request Submitted: | 5/16/16 |
| Date(s) of Services Rendered: | 8/10/15 - 5/13/16 |
| Attorney Hourly Rate: | $504.00 |
| Total Attorney Fees: | $41,580.00 |
| Total Attorney Costs: | $1,086.75 |
| Total Expenses: | $ - |
| Total Invoice: | $42,666.00 |

### CERTIFICATION (Must be signed by principal attorney)

I certify that all of the following statements are true and correct:

- All services listed in the enclosed invoices were actually performed;
- The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- The District of Columbia Public School is the sole entity from which payment of the fees, costs, and expenses itemized on the enclosed invoice is requested;
- No attorney or law firm who either (1) provides services listed on the enclosed invoice; or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer, or employee of the firm, in a special education diagnostic services, schools, or other special education service providers;
- I understand that the making of false statements to an agency of the D.C. Government is punishable by criminal penalties pursuant to D.C. Code §22-2405

| Carolyn W. Houck | May 16, 2016 |
|---|---|
| Signature | Date |



**District of Columbia Public Schools**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, DC 20002-4232

Phone: 202-442-5000
Fax: 202-442-5098
www.k12.dc.us

## ATTORNEY FEE WORKSHEET

**Instructions:** Please complete the form by filling in the highlighted boxes.
Note that flat rate billing items are noted on a separate sheet in this workbook.

**Preferred Method of Submitting this Form is by Email: OGCATTORNEYFEE@DC.GOV**
Please include your Law Firm, Student Name, and Control # in the Subject Line of Email
You may also mail or fax this form to the number/address listed above

Student Name: VW
Control #:
Attorney Fee Total: $ 41,580.00

PER HOUR BILLING TOTAL $ 41,580.00

| Date | Professional Services | Attorney Initials | Time Spent Hrs | Time Spent Min | Rate Per Hour | Total |
|---|---|---|---|---|---|---|
| 8/10/15 | TC with Stacey at AJE, discuss case she wants to refer to me. | CH | 0.3 | | $504 | $ 151.20 |
| 8/11/15 | Rec/rev all documents from AJE, more than 200 pages. | CH | 2 | | $504 | $ 1,008.00 |
| 8/12/15 | TC with mother to introduce myself and set up meeting. Need to help arrange transportation. | CH | 0.3 | | $504 | $ 151.20 |
| 8/14/15 | Initial meeting with Vincent and mother. Mother is bound to wheelchair and needed to request transportation. | CH | 2 | | $504 | $ 1,008.00 |
| 8/14/15 | TC with father to involve him in case, at mother's requests. | CH | 0.2 | | $504 | $ 100.80 |
| 8/14/15 | Records request to Eastern SHS | CH | 0.5 | | $504 | $ 252.00 |
| 8/15/15 | Rec/rev documents from mother that she brought me for meeting yesterday. | CH | 1 | | $504 | $ 504.00 |
| 8/16/15 | Investigate the Kingsbury program for V. Meet with director to discuss difference in programs and where we should refer V, discussed they are necessary to testify at hearing, and they agree. | CH | 1.2 | | $504 | $ 604.80 |
| 8/16/15 | Rec/rev all admissions information from KDS, as I have agreed to help V, as parent is confined to a wheel chair and also cannot understand documents. | CH | 0.3 | | $504 | $ 151.20 |
| 8/19/15 | Prepare all documents to refer to KH, several phone calls with V and mother while filling out the application. | CH | 1.5 | | $504 | $ 756.00 |
| 8/20/15 | Refer to Kingsbury Hope, all documents and admissions packet that V and I filled out. | CH | 0.3 | | $504 | $ 151.20 |
| 8/20/15 | Prepare educational summary in preparation to draft DPC. Documents from mother and from AJE, inc the 200 pages from AJE. | CH | 2 | | $504 | $ 806.40 |

| Date | Description | Atty | Hours | | Rate | Total |
|---|---|---|---|---|---|---|
| 8/20/15 | Second RR to Eastern, this time asking specifically for attendance and discipline records. | CH | 0.3 | | $504 | $ 151.20 |
| 8/21/15 | Begin drafting DPC. | CH | 2 | | $504 | $ 1,008.00 |
| 8/22/15 | Continue drafting DPC. | CH | 1.5 | | $504 | $ 756.00 |
| 8/22/15 | Rec/rev records from Eastern, only attendance. Prepared attendance spreadsheet for DPC and for use at hearing. Shows that V was in school but apparently missed many classes wandering the halls. | CH | 0.7 | | $504 | $ 352.80 |
| 8/23/15 | Finalize DPC by talking to mother and Vincent by telephone to clarify facts. Make necessary changes. | CH | 0.7 | | $504 | $ 352.80 |
| 8/23/15 | Status conf with Stacey at AJE and to review DPC complaint with her to make sure facts are correct as she knows them. | CH | 0.3 | | $504 | $ 151.20 |
| 8/24/15 | Filed DPC with OGC and ODR. | CH | 0.2 | | $504 | $ 100.80 |
| 8/24/15 | Corres with KH regarding DPC asking for placement at KH. | CH | 0.5 | | $504 | $ 252.00 |
| 8/26/15 | Rec/rev hearing notice. Blount/Chor. | CH | 0.1 | | $504 | $ 50.40 |
| 8/26/15 | Rec/rev initial order from HO. | CH | 0.2 | | $504 | $ 100.80 |
| 8/26/15 | Rec/rev Notice of PHC and instructions. | CH | 0.3 | | $504 | $ 151.20 |
| 8/26/15 | Begin negotiating RM dates. | CH | 0.3 | | $504 | $ 151.20 |
| 9/1/15 | TC with staff member at Eastern who called me regarding Eastern has constantly told mother there is no wheelchair access at Eastern. | CH | 0.2 | | $504 | $ 100.80 |
| 9/1/15 | Many emails back and forth with OGC regarding where is policy that requires a parent to be present for a RM, especially in this case where parent has been denied access to school. | CH | 0.7 | | $504 | $ 352.80 |
| 9/1/15 | Rev all attendance and discipline reports in preparation for DPH. | CH | 0.5 | | $504 | $ 252.00 |
| 9/1/15 | Negotiate date for PHC. | CH | 0.3 | | $504 | $ 151.20 |
| 9/1/15 | Negotiate date for DPH. | CH | 0.5 | | $504 | $ 252.00 |
| 9/4/15 | Meet with psych and advocate by telephone to draft comp ed plan. | CH | 0.4 | | $504 | $ 201.60 |
| 9/5/15 | Begin drafting disclosures. | CH | 1 | | $504 | $ 504.00 |
| 9/6/15 | Continue drafting disclosures. | CH | 1.8 | | $504 | $ 907.20 |
| 9/7/15 | Prepare for PHC. | CH | 0.6 | | $504 | $ 302.40 |
| 9/8/15 | Participate in PHC. | CH | 0.8 | | $504 | $ 403.20 |
| 9/8/15 | Rec/rev prehearing order and note all dates and instructions. | CH | 0.3 | | $504 | $ 151.20 |
| 9/8/15 | Corres back and forth with Anitra A-K, who finally sends me an email admitting there is no policy that prevents a parent from participaing by phone in a RM, so V's mother will participate in RM by phone. | CH | 0.5 | | $504 | $ 252.00 |
| 9/8/15 | Negotiate with Kingsbury for V to have second interview date, as CEP wasn't present on first day. She requires a meeting, but we were not told that when we agreed upon a date. | CH | 0.3 | | $504 | $ 151.20 |
| 9/8/15 | Rec/rev DCPS response. Several days late, denies all allegations. | CH | 0.3 | | $504 | $ 151.20 |
| 9/8/15 | Research, how to handle late response at DPH. | CH | 0.4 | | $504 | $ 201.60 |
| 9/9/15 | Confirmation by email with Anitra A-K that based on her email, mother will participate by phone in RM and DCPS will not object. | CH | 0.3 | | $504 | $ 151.20 |

| Date | Description | Atty | Hours | | Rate | Total |
|---|---|---|---|---|---|---|
| 9/9/15 | Begin organizaing and drafting questions for all witnesses. | CH | 2 | | $504 | $ 1,008.00 |
| 9/9/15 | Accompany V to successful 2nd visit at KH. Met him there and interviewed with him. | CH | 1 | | $504 | $ 504.00 |
| 9/9/15 | Communication verbal and written with Tanya Chor regarding her late response, denies all allegations. | CH | 0.4 | | $504 | $ 201.60 |
| 9/9/15 | R/R acceptance from KH and notify Vincent and his mother. | CH | 0.2 | | $504 | $ 100.80 |
| 9/9/15 | Revise disclosures to include accceptance from KH. | CH | 0.3 | | $504 | $ 151.20 |
| 9/10/15 | Rec/rev DCPS disclosures 10 witnesses, 27 documents. | CH | 0.5 | | $504 | $ 252.00 |
| 9/10/15 | File disclosures with relevant parties. 5 witnesses, 60 pages. | CH | 0.2 | | $504 | $ 100.80 |
| 9/11/15 | Continue review of DCPS disclosures. Dc 1 is FBA, but requries magnifying glass to read it. | CH | 0.5 | | $504 | $ 252.00 |
| 9/11/15 | Prepare questions for Mother and Father. | CH | 1.2 | | $504 | $ 604.80 |
| 9/11/15 | Meet by telephone with father to prepare him for hearing. | CH | 0.3 | | $504 | $ 151.20 |
| 9/11/15 | Meet with ed advocate TA to prepare for hearing. | CH | 1 | | $504 | $ 504.00 |
| 9/11/15 | Draft questions for Tameka Mc. at KH, send them to her and follow up Tconf to prepare her. | CH | 1.1 | | $504 | $ 554.40 |
| 9/12/15 | Rev CV Paris Gasque whom DCPS apparently will call as expert in psychology. | CH | 0.2 | | $504 | $ 100.80 |
| 9/12/15 | Rev CV for Kimberly Williams DCPS psych. | CH | 0.2 | | $504 | $ 100.80 |
| 9/12/15 | Hearing prep Vincent | CH | 2 | | $504 | $ 1,008.00 |
| 9/12/15 | Hearing prep - transition plan | CH | 0.5 | | $504 | $ 252.00 |
| 9/12/15 | TCs (3) with Vincent and mother over two days to discuss DCPS disclosures. | CH | 0.6 | | $504 | $ 302.40 |
| 9/16/15 | Review PHO and revise issues as outlined in PHO narrow and submit to HO and OGC. | CH | 0.7 | | $504 | $ 352.80 |
| 9/16/15 | Hearing prep, revise questions, prepare opening and closings. | CH | 4 | | $504 | $ 2,016.00 |
| 9/16/15 | Prepare all documents for hearing tomorrow, including organizing, copying, etc. and preparing for HO. | CH | 2 | | $504 | $ 1,008.00 |
| 9/17/15 | Meet with mother, father, Vincent, and Advocate at 8am to prepare final for DPH at 9:30am. | CH | 1.5 | | $504 | $ 756.00 |
| 9/17/15 | Participate in DPH. 9:30 - 3:20 | CH | 6 | | $504 | $ 3,024.00 |
| 9/17/15 | Posthearing briefing with parents and Vincent. | CH | 1 | | $504 | $ 504.00 |
| 9/18/15 | Corres with HO and OGC re post hearing brief, allowed to file citations and parenthetical. | CH | 0.3 | | $504 | $ 151.20 |
| 9/21/15 | Legal research in order to file post-hearing closing/citations. LRP case law, regulations, and consults, IDELR. | CH | 2.5 | | $504 | $ 1,260.00 |
| 9/22/15 | File post hearing brief. | CH | 0.2 | | $504 | $ 100.80 |
| 10/1/15 | Rec/rev HOD, prevailed on private placement, and independent evaluations both, everything we asked for.. | CH | 0.5 | | $504 | $ 252.00 |
| 10/4/15 | Notify Vincent and mother of successful HOD, go through terms with them. Mother asks me to contact father. | CH | 0.3 | | $504 | $ 151.20 |
| 10/4/15 | Contact father to discuss successful HOD and implications. | CH | 0.3 | | $504 | $ 151.20 |
| 10/5/15 | Notify Kingsbury Hope and begin to make plans for V to attend. | CH | 0.4 | | $504 | $ 201.60 |

3

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/6/15 | Nogotiate transportation issue for V with DCPS so that he can start per HOD. | CH | 0.7 | $504 | $ 352.80 |
| 10/6/15 | Attempts to locate who is case manager so that HOD can be implemented. Staff at DCPS says that since Blackman-Jones case is closed, DCPS has laid off case managers and it is harder to implement HODs. Staff making comment is at Eastern SHS. Many emails back and forth. | CH | 0.7 | $504 | $ 352.80 |
| 10/6/15 | Rec/rev LOS letter from DCPS to Kingsbury Hope. Notify V. | CH | 0.3 | $504 | $ 151.20 |
| 10/6/15 | Corres back and forth with Carla Watson, as I cannot find name of case manager so that this HOD can be implemented. | CH | 0.4 | $504 | $ 201.60 |
| 10/7/15 | Letter to Anitra A-K. regarding someone needs to tell me who to contact so that HOD can be implemented. | CH | 0.3 | $504 | $ 151.20 |
| 10/8/15 | Corres with compliance manager Carla Watson, still trying to locate case manager so that transportation and IEEs can begin. | CH | 0.3 | $504 | $ 151.20 |
| 10/9/15 | Rec/rev IEE authorization for comp psych per HOD. | CH | 0.2 | $504 | $ 100.80 |
| 10/11/15 | Refer comp psych evaluation per HOD to Dr. Nelson, notifying her that FBA will be referred after I receive the comp psych. Organize appropriate documents to send to Dr. Nelson. | CH | 0.7 | $504 | $ 352.80 |
| 10/14/15 | Corres with Kingsbury Hope, He is finally starting today. | CH | 0.3 | $504 | $ 151.20 |
| 10/30/15 | Tconf with V and Kingsbury Hope regarding HOD implementation, transportation, credit recovery, etc. now that V is now attending. They believe he will be successful. | CH | 0.4 | $504 | $ 201.60 |
| 11/9/15 | Corres with DCPS case manager looking for status of IEEs. Notify her it is too early. | CH | 0.3 | $504 | $ 151.20 |
| 11/10/15 | Rec/rev Dr. Nelson's request for teacher rating scales due on 11/19 back to her. | CH | 0.2 | $504 | $ 100.80 |
| 11/16/15 | Corres and TCs with Kingsbury Hope and mother. V left school today for lunch and got caught up with fellow students who attempted to rob bank. Officers assured school V was not involved. Discussion with Kingsbury regarding students leaving campus during the day. | CH | 0.5 | $504 | $ 252.00 |
| 11/17/15 | Corres with DCPS Felicia Wright regarding 30-day review on Dec. 7. | CH | 0.3 | $504 | $ 151.20 |
| 12/6/15 | Review HOD and determine that I need comp psych in order for the rest of the HOD to be implemented. | CH | 0.2 | $504 | $ 100.80 |
| 12/7/15 | Request to Dr. Nelson for update on comp psych evaluation. | CH | 0.2 | $504 | $ 100.80 |
| 12/13/15 | Request for Hearing Transcript. | CH | 0.2 | $504 | $ 100.80 |
| 12/14/15 | Corres with evaluator. Evaluation has been done and she needs to talk with mother, which she will do today. | CH | 0.3 | $504 | $ 151.20 |
| 1/3/16 | Rec hearing transcript and review. | CH | 0.5 | $504 | $ 252.00 |
| 1/11/16 | Conf with Dr. Nelson regarding ind eval. She needs more records, but there are very few records. | CH | 0.2 | $504 | $ 100.80 |

4

| Date | Description | | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/14/16 | Review file and determine that HOD orders FBA after the completion of the comp psych. Corres with Dr. Nelson regarding HOD issues. | CH | 0.3 | | $504 | $ 151.20 |
| 2/7/16 | Rec/rev draft IEP prepared by Kingsbury Hope while we are waiting for evaluations per HOD. | CH | 0.5 | | $504 | $ 252.00 |
| 2/15/16 | Refer FBA to Dr. Nelson, explain that it must be done after comp psych per HOD. | CH | 0.3 | | $504 | $ 151.20 |
| 3/5/16 | Rec/rev comp psych evaluation. | CH | 0.5 | | $504 | $ 252.00 |
| 3/8/16 | Send comp psych IEE to DCPS | CH | 0.1 | | $504 | $ 50.40 |
| 3/8/16 | Request to CCM that DCPS issue IEE for FBA, per HOD. | CH | 0.3 | | $504 | $ 151.20 |
| 3/9/16 | R/R IEE authorization for FBA | CH | 0.2 | | $504 | $ 100.80 |
| 3/12/16 | RR FBA from Dr. Nelson | CH | 0.4 | | $504 | $ 201.60 |
| 3/12/16 | Email FBA to DCPS. | CH | 0.1 | | $504 | $ 50.40 |
| 3/12/16 | Corres with DCPS negotiating meeting per HOD. | CH | 0.3 | | $504 | $ 151.20 |
| 3/13/16 | Rec/rev comp ed authorization per HOD. | CH | 0.2 | | $504 | $ 100.80 |
| 3/13/16 | Corres with DCPS regarding OT evaluation recommended in comp psych and reqeusting an OT IEE. | CH | 0.3 | | $504 | $ 151.20 |
| 3/14/16 | Corres with DCPS. We do not want to want for OT evaluation to hold meeting per HOD. | CH | 0.3 | | $504 | $ 151.20 |
| 3/15/16 | Corres with DCPS. We agree to their request that we grant an extension for HOD compliance. | CH | 0.3 | | $504 | $ 151.20 |
| 3/15/16 | Schedule meeting per HOD for 3/29, a date DCPS requests, following confirmation from the advocate and V and KH. | CH | 0.3 | | $504 | $ 151.20 |
| 3/15/16 | Refer OT evaluation to Out of the Box. TC with Andrew Drummond to discuss prior to referring. | CH | 0.5 | | $504 | $ 252.00 |
| 3/15/16 | Tconf with Tameka and KH to discuss implementation of HOD. | CH | 0.3 | | $504 | $ 151.20 |
| 3/20/16 | DCPS cancels meeting, as they can't find a SW to review FBA. We agree to further extension. | CH | 0.3 | | $504 | $ 151.20 |
| 3/20/16 | Notify all our participants that DCPS has cancelled meeting. | CH | 0.3 | | $504 | $ 151.20 |
| 3/20/16 | Refer comp ed to Thrive, per HOD. | CH | 0.5 | | $504 | $ 252.00 |
| 3/21/16 | Corres back and forth with DCPS. They are now proposing 4/15. I need to contact advocate and V and Kingsbury Hope. | CH | 0.3 | | $504 | $ 151.20 |
| 3/22/16 | Meet with Vincent at KH to go over comp psych with him. Mother could not get transportation. | CH | 0.7 | | $504 | $ 352.80 |
| 3/22/16 | TC with mother to review comp psych with her. | CH | 0.3 | | $504 | $ 151.20 |
| 4/25/16 | Corres to negotiate meeting date with DCPS. | CH | 0.3 | | $504 | $ 151.20 |
| 4/25/16 | TC with mother to discuss meeting date and get her approval to meet without her if she cannot get transportation. | CH | 0.2 | | $504 | $ 100.80 |
| 4/25/16 | TC with father to inform him of meeting date. He will not be present, but wants to receive IEP | CH | 0.2 | | $504 | $ 100.80 |
| 5/5/16 | Corres with DCPS Felicia Wright. She still has not prepared draft IEP, but will get it to me. She sends me the interim IEP from 2/5 which I review again in partial preparation for IE meeting per HOD. | CH | 0.5 | | $504 | $ 252.00 |
| 5/7/16 | Corres with Andrew D of Out of the Box. They will do OT before EOY. | CH | 0.5 | | $504 | $ 252.00 |

| Date | Description | Atty | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/7/16 | Corres with DCPS, we still need documents to review for meeting on 5/10. | CH | 0.3 | | $504 | $ 151.20 |
| 5/9/16 | Prepare for meeting per HOD. | CH | 1 | | $504 | $ 504.00 |
| 5/10/16 | Meeting to review evaluations and develop IEP per HOD. All are in agreement that V is LD and should remain at KH, with the exception of DCPS psychologist Dr. Lucas who says he should be pulled out of sped and placed back at his local school. Even the DCPS representatives disagreed with her. | CH | 2 | | $504 | $ 1,008.00 |
| 5/10/16 | TC with mother following IEP meeting per HOD to discuss it with her. They did not complete the IEP development but intend to meet later. | CH | 0.3 | | $504 | $ 151.20 |
| 5/10/16 | Meeting with V and advocate after meeting, as V is confused thinking that DCPS intends to pull him from KH. | CH | 0.5 | | $504 | $ 252.00 |
| 5/13/16 | Consult with DCPS and other attorneys regarding Dr. Lucus' objections at IEP meeting. DCPS agrees that it intends to bypass Dr. Lucas, as she is wrong. Consultations provide insight into her actions and I then explained to V that he does not need to be concerned about being pulled from KH after this meeting. | CH | 0.8 | | $504 | $ 403.20 |
| 5/15/16 | Review Bill for Accuracy | CH | 2 | | $504 | $ 1,008.00 |
| 5/15/16 | End of Bill Cycle. | CH | 0 | | $504 | $ - |
| | | CH | | | $504 | $ - |
| | | CH | | | $504 | $ - |
| | | CH | | | $504 | $ - |
| | | CH | | | $504 | $ - |

6



**District of Columbia Public Schools**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, DC 20002-4232

## ATTORNEY FEE WORKSHEET

Instructions: Please complete the form by filling in the highlighted boxes.

**Preferred Method of Submitting this Form is by Email: OGCATTORNEYFEE@DC.GOV**
Please include your Law Firm, Student Name, and Control # in the Subject Line of Email
You may also mail or fax this form to the number/address listed above

Student Name: VW
Control #: 0

| Date | Task | Staff Member | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | | FLAT RATE BILLING TOTAL | | $ 1,086.75 |
| 9/17/15 | Travel to DPH at 1/2 rate | CH | 252 | $ 2.00 | $ 504.00 |
| 9/17/15 | Travel from DPH to office at 1/2 rate | CH | 252 | $ 2.00 | $ 504.00 |
| 9/17/15 | Copy Pet. Disclosures for all witnesses | CH | 300 | $ 0.15 | $ 45.00 |
| 9/17/15 | Copy DCPS Disclosures for all witnesses | CH | 225 | $ 0.15 | $ 33.75 |